**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John E. Graham Jr.**
**Virginia M. Graham**
   Debtor(s)

Bankruptcy Case No.: 15–70474–JAD
Related To Doc. No. 89
Chapter: 13
Docket No.: 90 – 89

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of August, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/16/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/30/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/16/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-70474-JAD
John E. Graham, Jr.                                                 Chapter 13
Virginia M. Graham
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2           Date Rcvd: Aug 26, 2020
                              Form ID: 408            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db/jdb        +John E. Graham, Jr.,  Virginia M. Graham,  410 Nichols Street,  Clearfield, PA 16830-1510
14071268      +Blackwell Recovery,  4150 N Drinkwater Blvd S,  Scottsdale, AZ 85251-3643
14071270      +Commercial Acceptance,  2 W Main St,  Shiremanstown, PA 17011-6326
14071273      +First Premier Bank,  601 S Minnesota Ave,  Sioux Falls, SD 57104-4868
14071274      +Geisinger Health System,  P.O. Box 27727,  Newark, NJ 07101-7727
14071275      +Holiday Financial Serv,  1800 Daisy Street Ext St,  Clearfield, PA 16830-3265
14115519      +PNC Bank, N.A.,  3232 Newmark Drive,  Miamisburg, OH 45342-5421
14071282      +Pnc Mortgage,  Po Box 8703,  Dayton, OH 45401-8703
14071284      +Receivable Management Services Corp.,  77 Hartland Street, Suite 401,  P.O. Box 280431,
               East Hartford, CT 06128-0431
14078132      +Santander Consumer USA Inc,  P.O. Box 560284,  Dallas, TX 75356-0284
14071285      +Santander Consumer Usa,  Po Box 961245,  Ft Worth, TX 76161-0244
14161681      +State College FCU,  Attn: Terry Shoemaker, Manager,  724B South Atherton Street,
               State College, PA 16801-4672


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14113565       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2020 05:07:02
               American InfoSource LP as agent for,  Verizon,  PO Box 248838,
               Oklahoma City, OK  73124-8838
14071269      +E-mail/Text: bankruptcynotices@cbecompanies.com Aug 27 2020 05:03:04     Cbe Group,
               1309 Technology Pkwy,  Cedar Falls, IA 50613-6976
14071271      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 27 2020 05:03:42     Credit Coll,
               Po Box 9134,  Needham, MA 02494-9134
14162363      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 05:01:01     Internal Revenue Service,
               1000 Liberty Ave Room 711B,  Pittsburgh, PA 15222-4107
14071276      +E-mail/Text: csd1clientservices@cboflanc.com Aug 27 2020 05:03:15     Lanc Coll,
               218 West Orange St,  Lancaster, PA 17603-3746
14071277      +E-mail/Text: bankruptcy@diamondresorts.com Aug 27 2020 05:01:05     Ocean Beach Club Llc,
               932 Laskin Rd,  Virginia Beach, VA 23451-3990
14089298      +E-mail/Text: bankruptcy@diamondresorts.com Aug 27 2020 05:01:05
               Ocean Beach Club Owner's Assoc.,  300 32nd St. Ste 500,  Virginia Beach, VA 23451-2968
14089060      +E-mail/Text: bankruptcy@diamondresorts.com Aug 27 2020 05:01:05     Ocean Beach Club, LLC,
               Dba Gold Key Resorts,  300 32nd Street, Ste.500,  Virginia Beach, VA 23451-2968
14071281      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:05:04
               Pinnacle Credit Servic,  Po Box 640,  Hopkins, MN 55343-0640
14071283      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:04:49
               Portfolio Recovery Ass,  120 Corporate Blvd Ste 1,  Norfolk, VA 23502-4952
14071286       E-mail/PDF: cbp@onemainfinancial.com Aug 27 2020 05:04:22     Springleaf Financial S,
               2264 E College Ave,  State College, PA 16801
14089962       E-mail/PDF: cbp@onemainfinancial.com Aug 27 2020 05:04:19     Springleaf Financial Services,
               PO Box 3251,  Evansville, IN 47731
14079360      +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Aug 27 2020 05:06:37
               U.S. Department of Housing and Urban Development,  451 7th Street S.W.,
               Washington, DC 20410-0002
14071287       E-mail/Text: bkrcy@ugi.com Aug 27 2020 05:03:23     UGI - Central Penn Gas,  P.O. Box 15426,
               Wilmington, DE 19886
14071288      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2020 05:00:22
               Verizon,  500 Technology Dr Ste 30,  Weldon Spring, MO 63304-2225
                                                                                       TOTAL: 15


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Ocean Beach Club, LLC dba Gold Key Resorts
cr            PNC Bank, National Association
14071272      ##+Debt Recovery Solution,  900 Merchants Concourse,  Westbury, NY 11590-5142
14071278      ##+Paramount Recovery Sys,  105 Deanna St,  Robinson, TX 76706-5319
14071279      ##+Penn Credit,  916 S 14th St,  Harrisburg, PA 17104-3425
14071280      ##+Penn Credit Corporatio,  916 S 14th St,  Harrisburg, PA 17104-3425
                                                                      TOTALS: 2, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7        User: msch          Page 2 of 2          Date Rcvd: Aug 26, 2020
                           Form ID: 408         Total Noticed: 27
```

```
                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
          Demetrios H. Tsarouhis   on behalf of Creditor   Ocean Beach Club, LLC dba Gold Key Resorts
           tsarouhis@hotmail.com,  noticemebankruptcyfilings@gmail.com
          Elizabeth Lamont Wassall   on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
           ewassall@logs.com
          James  Warmbrodt   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Kenneth P. Seitz   on behalf of Joint Debtor Virginia M. Graham thedebterasers@aol.com
          Kenneth P. Seitz   on behalf of Debtor John E. Graham, Jr. thedebterasers@aol.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg   on behalf of Creditor   PNC Bank, National Association swinneg@udren.com,
           cblack@udren.com
                                                                        TOTAL: 8
```