**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN E. GRAHAM, JR.<br>VIRGINIA M. GRAHAM<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>         vs.<br>No Respondents. | Case No.:15-70474 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

August 25, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/01/2015 and confirmed on 11/18/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,592.37 |
| Less Refunds to Debtor | 6,337.45 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,254.92 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,648.00 | |
|   Trustee Fee | 4,904.42 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,552.42 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 40,761.01 | 0.00 | 40,761.01 |
|     Acct: 3385 | | | | |
|   PNC BANK NA | 15,370.18 | 15,370.18 | 0.00 | 15,370.18 |
|     Acct: 3385 | | | | |
|   BLACKWELL RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1349 | | | | |
|   OCEAN BEACH CLUB LLC D/B/A GOLD KE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4818 | | | | |
|   SPRINGLEAF FUNDING TRUST 2013-B** | 3,781.79 | 3,781.79 | 694.42 | 4,476.21 |
|     Acct: 6537 | | | | |
|   OCEAN BEACH CLUB OWNERS ASSOCIA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4818 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 4,268.40 | 4,268.40 | 895.18 | 5,163.58 |
|     Acct: 8406 | | | | |
|   SANTANDER CONSUMER USA ASGNE CI | 6,273.46 | 6,273.46 | 1,028.91 | 7,302.37 |
|     Acct: 1487 | | | | |
|   US DEPARTMENT OF HUD** | 7,864.30 | 7,864.30 | 0.00 | 7,864.30 |
|     Acct: 8771 | | | | |
| | | | | 80,937.65 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E. GRAHAM, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E. GRAHAM, JR. | 6,337.45 | 6,337.45 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 5,948.53 | 5,948.53 | 0.00 | 5,948.53 |
|     Acct: 7714 | | | | |
|   STATE COLLEGE FCU | 0.00 | 8,384.32 | 0.00 | 8,384.32 |
|     Acct: XXXX16.0 | | | | |
| | | | | 14,332.85 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX4600 | | | | |
|   COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXDC46 | | | | |
|   CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX2504 | | | | |
|   DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX7855 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX7387 | | | | |
|   GEISINGER HEALTH SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7594 | | | | |
|   LANCASTER COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5201 | | | | |
|   PARAMOUNT RECOVERY SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX2151 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX9237 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX0511 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX7655 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX1713 | | | | |
|   PINNACLE CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5301 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXX7972 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXX4207 | | | | |
|   RECEIVABLE MANAGEMENT SERVICES+- | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1969 | | | | |
|   UGI CENTRAL PENN GAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0905 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 298.17 | 298.17 | 0.00 | 298.17 |
|     Acct: 7975 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 242.13 | 242.13 | 0.00 | 242.13 |
|     Acct: 7977 | | | | |
|   INTERNAL REVENUE SERVICE* | 891.70 | 891.70 | 0.00 | 891.70 |
|     Acct: 7714 | | | | |
|   STUART WINNEG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,432.00 |

TOTAL PAID TO CREDITORS                                                            96,702.50

```
TOTAL CLAIMED
PRIORITY            5,948.53
SECURED            37,558.13
UNSECURED           1,432.00
```

Date: 08/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOHN E. GRAHAM, JR.
    VIRGINIA M. GRAHAM
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-70474 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-70474-JAD
John E. Graham, Jr.                                                 Chapter 13
Virginia M. Graham
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2          Date Rcvd: Aug 26, 2020
                              Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db/jdb         +John E. Graham, Jr.,    Virginia M. Graham,    410 Nichols Street,    Clearfield, PA 16830-1510
14071268       +Blackwell Recovery,    4150 N Drinkwater Blvd S,    Scottsdale, AZ 85251-3643
14071270       +Commercial Acceptance,    2 W Main St,    Shiremanstown, PA 17011-6326
14071273       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14071274       +Geisinger Health System,    P.O. Box 27727,    Newark, NJ 07101-7727
14071275       +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3265
14115519       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14071282       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
14071284       +Receivable Management Services Corp.,    77 Hartland Street, Suite 401,    P.O. Box 280431,
                 East Hartford, CT 06128-0431
14078132       +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
14071285       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14161681       +State College FCU,    Attn: Terry Shoemaker, Manager,    724B South Atherton Street,
                 State College, PA 16801-4672

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14113565        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2020 05:06:08
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
14071269       +E-mail/Text: bankruptcynotices@cbecompanies.com Aug 27 2020 05:03:04      Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
14071271       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 27 2020 05:03:42      Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
14162363       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 05:01:00       Internal Revenue Service,
                 1000 Liberty Ave Room 711B,    Pittsburgh, PA 15222-4107
14071276       +E-mail/Text: csd1clientservices@cboflanc.com Aug 27 2020 05:03:15      Lanc Coll,
                 218 West Orange St,    Lancaster, PA 17603-3746
14071277       +E-mail/Text: bankruptcy@diamondresorts.com Aug 27 2020 05:01:05      Ocean Beach Club Llc,
                 932 Laskin Rd,    Virginia Beach, VA 23451-3990
14089298       +E-mail/Text: bankruptcy@diamondresorts.com Aug 27 2020 05:01:05
                 Ocean Beach Club Owner's Assoc.,    300 32nd St. Ste 500,    Virginia Beach, VA 23451-2968
14089060       +E-mail/Text: bankruptcy@diamondresorts.com Aug 27 2020 05:01:05      Ocean Beach Club, LLC,
                 Dba Gold Key Resorts,    300 32nd Street, Ste.500,    Virginia Beach, VA 23451-2968
14071281       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:06:57
                 Pinnacle Credit Servic,    Po Box 640,    Hopkins, MN 55343-0640
14071283       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:06:46
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14071286        E-mail/PDF: cbp@onemainfinancial.com Aug 27 2020 05:04:21       Springleaf Financial S,
                 2264 E College Ave,    State College, PA 16801
14089962        E-mail/PDF: cbp@onemainfinancial.com Aug 27 2020 05:04:18       Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
14079360       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Aug 27 2020 05:06:37
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
14071287        E-mail/Text: bkrcy@ugi.com Aug 27 2020 05:03:23      UGI - Central Penn Gas,    P.O. Box 15426,
                 Wilmington, DE 19886
14071288       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2020 05:00:20
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ocean Beach Club, LLC dba Gold Key Resorts
cr              PNC Bank, National Association
14071272       ##+Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
14071278       ##+Paramount Recovery Sys,    105 Deanna St,    Robinson, TX 76706-5319
14071279       ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14071280       ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                               TOTALS: 2, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7                  User: msch                      Page 2 of 2                  Date Rcvd: Aug 26, 2020
                                      Form ID: pdf900                 Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              Demetrios H. Tsarouhis    on behalf of Creditor    Ocean Beach Club, LLC dba Gold Key Resorts
               tsarouhis@hotmail.com,  noticemebankruptcyfilings@gmail.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Virginia M. Graham thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor John E. Graham, Jr. thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                            TOTAL: 8
```