**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70474-JAD |
| John E. Graham, Jr. and | : | |
| Virginia M. Graham, | : | |
|          Debtors | : | Chapter 13 |
| | : | |
| John E. Graham, Jr. and | : | Docket No. 93 |
| Virginia M. Graham, | : | |
|          Movants | : | |
|    v. | : | |
| No Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 10, 2015, at docket numbers 17 and 18, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form. This Certification is being signed under penalty of perjury by Kenneth P. Seitz, Esquire that he duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: September 11, 2020        By:        /s/ Kenneth P. Seitz, Esquire
                                                         Signature
                                                         Kenneth P. Seitz, Esquire
                                                         Name of Filer - Typed
                                                         P.O. Box 211, Ligonier, PA 15658
                                                         Address of Filer
                                                         TheDebtErasers@aol.com
                                                         Email Address of Filer
                                                         (814) 536-7470
                                                         Phone Number of Filer
                                                         81666 Pennsylvania
                                                         Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**